IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-111-GCM

| | |
|---|---|
| SANDRA TIERNEY, ) | |
|     Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| LIBERTY MUTUAL LIFE ASSURANCE ) | |
| COMPANY OF BOSTON ) | |
| d/b/a LIBERTY MUTUAL, ) | |
|     Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **ASHLEY B. ABEL**, filed April 17, 2012 [doc.#5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Abel is admitted to appear before this court *pro hac vice* on behalf of defendant.

**IT IS SO ORDERED.**

Signed: April 19, 2012

Graham C. Mullen
United States District Judge