IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-111-GCM

| | |
|---|---|
| SANDRA TIERNEY,<br>               Plaintiff,<br>v.<br><br>LIBERTY MUTUAL LIFE ASSURANCE<br>COMPANY OF BOSTON<br>d/b/a LIBERTY MUTUAL,<br>               Defendant. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **ROBERT M. WOOD**, filed April 17, 2012 [doc.#6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Wood is admitted to appear before this court *pro hac vice* on behalf of defendant.

**IT IS SO ORDERED.**

Signed: April 19, 2012

Graham C. Mullen
United States District Judge